KRISTIN A. BLOCHER (SBN: 283730)
kblocher@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 830-6546
Facsimile: (916) 920-4402

Attorneys for Plaintiffs
LIFEMD, INC., et al.

Gordon Rees Scully Mansukhani, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFEMD, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN M. LAMARCO, et al.<br><br>Defendant. | CASE NO.<br><br>**PLAINTIFFS' MOTION TO COMPEL NON-PARTY VALIANT CAPITAL MANAGEMENT, L.P.'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS**<br><br>Filed by Petitioner/Plaintiff who is a Party to the Out of State Case:<br><br>United States District Court for the Western District of Pennsylvania<br>Case No: 2:21-cv-00640-WSS |

NOW come Plaintiffs LifeMD, Inc., Stefan Galluppi, and Justin Schreiber, by and through their undersigned counsel, and hereby move this Court to compel full compliance with the subpoena for documents issued to non-party Valiant Capital Management, L.P. The document subpoena was issued in connection with a pending civil case in the United States District Court for the Western District of Pennsylvania. The information requested by the subpoena is necessary, relevant, and proportional to the needs of the Pennsylvania federal case, enabling Plaintiffs to learn the identities of Culper and the other John Doe Defendants, to investigate their role in the creation, publication and dissemination of the false and defamatory statements posted by Culper against Plaintiffs, and to amend the Complaint accordingly and

Gordon Rees Scully Mansukhani, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825

effectuate service of process on the responsible parties involved. Support for this Motion is set forth in greater detail in the accompanying Memorandum of Law, filed contemporaneously herewith.

WHEREFORE, Plaintiffs LifeMD, Inc., Stefan Galluppi, and Justin Schreiber respectfully request that the instant motion be GRANTED and that Valiant Capital Management, L.P. be ordered to produce all documents requested in the subpoena.

Dated: July 21, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: *<u>/s/ Kristin A. Blocher</u>*
Kristin A. Blocher
Attorneys for Plaintiffs