KRISTIN A. BLOCHER (SBN: 283730)
kblocher@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 830-6546
Facsimile: (916) 920-4402

Attorneys for Plaintiffs
LIFEMD, INC., et al.

Gordon Rees Scully Mansukhani, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LIFEMD, INC., et al.

Plaintiffs,

vs.

CHRISTIAN M. LAMARCO, et al.

Defendant.

CASE NO.

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL NON-PARTY VALIANT CAPITAL MANAGEMENT, L.P.'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS**

Filed by Petitioner/Plaintiff who is a Party to the Out of State Case:

United States District Court for the Western District of Pennsylvania
Case No: 2:21-cv-00640-WSS

**Judge:**
**Date:**
**Time:**
**Ctrm:**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on ____________________, 2021 at ___________ a.m or as soon thereafter as the matter may be heard in the United States District Court for the Northern District of California, Plaintiffs LifeMD, Inc. ("LifeMD"), Stefan Galluppi ("Galluppi"), and Justin Schreiber ("Schreiber") (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully request this Court to hear Plaintiffs' Motion to Compel Non-Party Valiant

Capital Management, L.P. ("Valiant") to Comply with Subpoena for Documents. Plaintiffs' Motion is based on this Notice of Motion, Motion to Compel, and the supporting Declaration of Joseph L. Meadows in Support of Plaintiffs' Motion; the Reply papers to be filed; all papers and pleadings on file in this action; and such evidence and argument as may properly be presented at or before the hearing on this matter.

Dated: July 21, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Kristin A. Blocher*

Kristin A. Blocher
Attorneys for Plaintiffs

Gordon Rees Scully Mansukhani, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825