KRISTIN A. BLOCHER (SBN: 283730)
kblocher@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 830-6546
Facsimile: (916) 920-4402

Attorneys for Plaintiffs
LIFEMD, INC., et al.

Gordon Rees Scully Mansukhani, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFEMD, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN M. LAMARCO, et al.<br><br>Defendant. | CASE NO.<br><br>**[PROPOSED] ORDER**<br><br><u>Filed by Petitioner/Plaintiff who is a Party to the Out of State Case:</u><br><br>United States District Court for the Western District of Pennsylvania<br>Case No: 2:21-cv-00640-WSS |

**<u>PROPOSED ORDER</u>**

NOW, this ____ day of ________________________, 2021, upon review of Plaintiffs' Motion to Compel Non-Party Valiant Capital Management, L.P.'S Compliance with Subpoena for Documents, it is hereby ORDERED, ADJUDGED and DECREED that the motion is GRANTED. It is further ORDERED that non-party Valiant Capital Management, L.P. shall fully comply with the subpoena directed to it within ten (10) days of entry of this order.

________________________________
Judge ________________________
United States District Judge