SHARTSIS FRIESE LLP
JAHAN P. RAISSI (SBN 168599)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:      (415) 421-6500
Facsimile:      (415) 421-2922
Email: jraissi@sflaw.com

Attorneys for Non-Party
VALIANT CAPITAL MANAGEMENT, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFEMD, INC., et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CHRISTIAN M. LAMARCO, et al.,<br><br>                    Defendant. | Case No. 4:21-mc-80177-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' / PETITIONERS' MOTION TO COMPEL NON-PARTY VALIANT CAPITAL MANAGEMENT, L.P.'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS** |

It is hereby stipulated and agreed by and between Plaintiffs/Petitioners, LifeMD, Inc., Stefan Galluppi, and Justin Schreiber, and Non-Party Valiant Capital Management, L.P. ("Valiant"), that Petitioners'/Plaintiffs' Motion to Compel Non-Party Valiant Capital Management, L.P.'s Compliance with Subpoena for Documents (Docket No. 1) is hereby withdrawn without prejudice.

Dated:  August 12, 2021                     SHARTSIS FRIESE LLP


                                            By:  ___/s/ Jahan P. Raissi___
                                                  JAHAN P. RAISSI

                                            Attorney for Non-Party VALIANT CAPITAL MANAGEMENT, L.P.


Dated:  August 12, 2021                     GORDON REES SCULLY MANSUKHANI, LLP


                                            By:  ___/s/ Kristin A. Blocher___
                                                  KRISTIN A. BLOCHER

                                            Attorneys for Plaintiffs/Petitioners LIFEMD, INC., STEFAN GALLUPPI and JUSTIN SCHREIBER

**IT IS SO ORDERED.**


Dated:  _____              _____
                                            UNITED STATES MAGISTRATE JUDGE

9030118

- 1 -

Case No.                                    STIPULATION AND [PROPOSED] ORDER
4:21-mc-80177-KAW

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598